**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ X
                                     :
RIDGEMOUR MEYER PROPERTIES, LLC,     :
                                     :
                    Plaintiff,       :
            v.                       :    08 Civ. 8584 (BSJ)
                                     :    **Order**
GINSBURG DEVELOPMENT CORP. and       :
MARTIN GINSBURG,                     :
                                     :
                    Defendants.      :
                                     :
------------------------------------ X

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

   The Parties are directed to report to the Court in writing the status of this case on or before August 10, 2009.

SO ORDERED:

                                    /s/ Barbara S. Jones
                                    BARBARA S. JONES
                                    UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
         June 5, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/8/09

1